IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-00186-WJM-MEH

GALEN AMERSON,
FRANCES M. SCOTT,

    Plaintiffs,

v.

AMERICAN MORTGAGE NETWORK, INC.,
CHASE HOME FINANCE LLC,

    Defendants.
_____

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
THIS ACTION WITHOUT PREJUDICE**
_____

    This matter comes before the Court on the Plaintiff's Motion to Dismiss (ECF No. 14), pursuant to U.S. Magistrate Judge Michael E. Hegarty's Order (ECN No. 13) resulting from the Telephonic Scheduling Conference held on June 1, 2011.  The Court being fully advised hereby ORDERS as follows:

    The above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE.  Each party shall pay their or its own attorneys' fees and costs.

    Dated this 7th day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge